**Thomas Storch, Defendant in Error, v. Chicago City Railway Company, Plaintiff in Error.**

**Gen. No. 19,496.  (Not to be reported in full.)**

Error to the Municipal Court of Chicago; the Hon. HARRY P. DOLAN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1913. Reversed with finding of fact. Opinion filed May 19, 1914.

## Statement of the Case.

Action by Thomas Storch against Chicago City Railway Company to recover for personal injuries sustained by plaintiff while he was alighting from a car on which he was a passenger. The negligence charged was that defendant started the car suddenly as plaintiff attempted to alight. To reverse a judgment in favor of plaintiff for five hundred dollars, defendant brings error.

WARREN D. BARTHOLOMEW and A. C. WILD, for plaintiff in error; LEONARD A. BUSBY, of counsel.

JONES, KERNER & POSVIC, for defendant in error.

MR. JUSTICE BARNES delivered the opinion of the court.

## Abstract of the Decision.

CARRIERS, § 476*—*when recovery for injury to passenger while alighting not sustained by the evidence.* In an action against a street railway company to recover for injuries sustained by a passenger alleged to have been caused by the sudden starting of the car while he was attempting to alight, a verdict for plaintiff *held* against the weight of the evidence, it appearing that plaintiff was the only witness who testified the car stopped before he attempted to alight, and was uncorroborated and the testimony of several witnesses for defendant and one for plaintiff tending strongly to show that plaintiff stepped off the car while it was slacking up and before it came to a stop.

*See Illinois Notes Digest, Vols XI to XV, and Cumulative Quarterly, same topic and section number.